# Court of Appeals
# of the State of Georgia

ATLANTA,     March 13, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2412. GEORGIA DEPARTMENT OF JUVENILE JUSTICE v. SMART.**

This appeal arises from the trial court's April 15, 2013 order directing the Department of Juvenile Justice to retain custody of the Appellee for the duration of his custodial sentence, which expired on December 28, 2013. Because the Appellee is no longer in custody and is now serving the probationary portion of his sentence, this appeal is hereby **DISMISSED AS MOOT**.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/13/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Although the Appellant contends that this issue should be reviewed despite its individual mootness based on the narrow exception of "capable of repetition, yet evading review," this is not the type of case in which the facts of the subject matter are so elusive as to necessitate review in a case in which the issue no longer exists. See *Bowers v. Bd. of Regents of Univ. Sys. of Ga.*, 259 Ga. 221, 222, n.1 (378 SE2d 460) (1989). Despite the Appellant's contention that other orders of this nature have since been entered at the trial level, the Appellant has not shown that those cases involve sentences set to expire prior to the normal length of the appellate process, and accordingly, the contention that this issue will continue to "evade review" is without merit. See id.